**Order entered May 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01152-CR**
**No. 05-21-01153-CR**

**ADRIAN GILLIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-76363-R & F19-53171-R**

**ORDER**

We **REINSTATE** these appeals.

We abated for the appointment of counsel. On May 17, 2022, Juanita Bravo Edgecomb filed her notice of appearance. We **DIRECT** the Clerk to list Ms. Edgecomb as appointed counsel for appellant. All future correspondence shall be sent to Ms. Edgecomb at the address on file with the Court.

On the Court's own motion, we **ORDER** appellant's brief due by July 8, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; and to counsel for the parties.

/s/    LANA MYERS
JUSTICE